# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-CR-1829-BAS |
|---|---|
| Plaintiff, | **RESTITUTION ORDER** |
| v. | |
| PAUL L. MOORE, | |
| Defendant. | |

WHEREAS, an information was filed on July 16, 2015, charging Defendant Paul L. Moore ("Defendant") with Count 1 - securities fraud, in violation of 15 U.S.C. §§ 78f and 78jj.

WHEREAS, Defendant waived indictment and, pursuant to a plea agreement, pleaded guilty to Count 1 of the information on July 16, 2015, before the Honorable Magistrate Judge Bernard G. Skomal.

WHEREAS, Defendant's guilty plea was accepted by this Court on August 3, 2015.

WHEREAS, Defendant was sentenced to 60 months' incarceration on December 21, 2015.

WHEREAS, the parties have agreed to recommend an order for restitution in the amount of $1,700,000.00.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant pay restitution in the amount of $1,700,000.00 through the Clerk, U.S. District Court.  Payment of restitution shall be forthwith.  During Defendant's incarceration, Defendant shall pay restitution through the Inmate Responsibility Program at a rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.  Defendant shall pay restitution during his supervised release at the rate of $200.00 per month.  These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.

IT IS FURTHER ORDERED that the victims' names and addresses, and each victim's total loss, are listed in Attachment A.  Restitution is to be paid to these victims on a pro rata basis based on each victim's adjusted loss amount set forth in Attachment A.

IT IS FURTHER ORDERED that, until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

IT IS SO ORDERED

DATED: January 29, 2016

Honorable Cynthia Bashant
United States District Judge